**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

Hair Relaxer Marketing, Sales Practices, and
Products Liability Litigation

                        Plaintiff,

v.                             Case No.:
                                     1:25−cv−14605

                                     Honorable Mary M.
                                     Rowland

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 3, 2025:

      MINUTE entry before the Honorable Beth W. Jantz: The matter of Plaintiffs' subpoena to non−party Personal Care Products Council ("PCPC") has been transferred to this MDL Court from the United States District Court for the District of Columbia. Before either the Plaintiffs or PCPC re−files any related motions in this Court, the parties are to meet and confer and be prepared to give the Court an oral status report during the 12/11/25 status hearing with Judge Jantz. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.